W. FRED VAN CUREN, Respondent, *v.* CHESTER A. ANDERSON, Appellant.

(Argued June 14, 1933; decided July 11, 1933.)

*Pierre W. Evans* for appellant.

*Asbury H. Harpending* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.